UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JN
APR 3 0 2008
Apr 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE THE MATTER OF )
BOGUSLAW JANUSZEWSKI, )
)
         Plaintiff )
) 08CV2474
vs. ) JUDGE CASTILLO
) MAG. JUDGE ASHMAN
GRANITE CITY COMPANY, )
  An Illinois Corporation )
         Defendants )

## COMPLAINT

NOW COMES the Defendant herein, BOGUSLAW JANUSZEWSKI, pro se, and for his Complaint, complains of the Defendant, GRANITE CITY COMPANY, pursuant to Section 16 (b) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. ss 201 et seq.) (hereinafter "FLSA"), and says as follows:

1. That Plaintiff was employed by Defendant Corporation as a general laborer, welder, and bricklayer from August 12, 2002 to April 20, 2003; that he earned $12.00 per hour, and worked at the job site located at 5041 W. Belmont Ave., Chicago, Illinois, 60641.

2. That Plaintiff worked six days per week, 15 hours per day.

3. That Plaintiff was not paid overtime, double time or vacation time during the pendency of his employment.

4. That Defendant is indebted to Plaintiff for the sum of $32,000.00, plus interest plus costs, plus attorney fees.

5. That Defendant did willfully and intentionally refuse to pay Plaintiff his just wages as mandated by federal law.

### Jurisdiction and Venue

6. Federal question jurisdiction is conferred on this the United States District Court by Section 16 (b) of the FLSA, 29 U.S.C. ss 216 (b), and by 28 U.S.C. ss 1331 and 1337.

7. Supplemental jurisdiction over the Illinois statutory claims alleged herein is conferred on this Court by 28 U.S.C. ss 1367 (a).

8. Venue is proper pursuant to 29 U.S.C. ss 1391, as the Defendants have their headquarters and principle place of business at 1322 W. Grand Ave., in the City of Chicago, in the County of Cook, within the jurisdiction of this Honorable Court.

9. The acts of omissions that gave rise the claims alleged herein occurred within the geographic jurisdiction of this Honorable Court.

### Statutory Consent

10. In accord with Section 16 (b) of the FLSA, the plaintiff

has given written consent to be joined as a party Plaintiff in this action. Such consent was incorporated into the complaint.

### Count I: Unpaid Overtime Wages

11. Plaintiff reallege paragraphs 1 through 10 as paragraph 11 of Count I.

12. That Plaintiff worked 7 hours of overtime per day between August 12, 2002 and April 30, 2003.

WHEREFORE, Plaintiff prays for judgment in an amount equal to overtime compensation due for work in access of 40 hours per week, statutory liquidated damages, pre-judgment interest, and attorney fees.

### Count II: Willful Violation

13. Plaintiff reallege paragraphs 1 through 12 as paragraph 13 of Count II.

14. That Defendant did willfully violate the provisions of the FLSA.

WHEREFORE, Plaintiff prays for judgment in an amount equal to overtime compensation due for work in access of 40 hours per week, statutory liquidated damages, pre-judgment interest, and attorney fees.

### Count III: Unpaid Overtime

15. Plaintiff reallege paragraphs 1 through 14 as paragraph 15 of Count III.

16. That Defendant did willfully violate the provisions of the Illinois Minimum Wage Law, 820 ILCS 105/1 et seq., by failing to pay overtime.

WHEREFORE, Plaintiff prays for judgment in an amount equal to overtime compensation due for work in access of 40 hours per week, statutory liquidated damages, pre-judgment interest, and attorney fees.

### Count IV: Attorney Fees

17. Plaintiff reallege paragraphs 1 through 16 as paragraph 17 of Count IV.

18. That, pursuant to the Attorney's Fees in Wage Actions Act ("AFWAA"), 705 ILCS 225 et seq., Plaintiff is entitled to recover his attorney fees by virtue of a written demand.

19. That Defendant has violated the "IMWL" and is liable for Plaintiff's attorney fees under "AFWAA".

WHEREFORE, Plaintiff prays for judgment in an amounting to attorney fees incurred by attorneys for Plaintiff.

_____
BOGUSLAW JANUSZEWSKI

### Verification

The undersigned, as Plaintiff, does hereby certify that the above Complaint is true and accurate.

_____
BOGUSLAW JANUSZEWSKI

Boguslaw Januszewski
Pro Se/Plaintiff
3920 N. Nottingham
Chicago, IL  60634
773-517-6681