08CV2474
JUDGE CASTILLO
MAG. JUDGE ASHMAN

J.N

FILED
APR 3 0 2008
Apr 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: BOGUSLAW JANUSZEWSKI
(Please print)

STREET ADDRESS: 3920 N NOTTINGHAM

CITY/STATE/ZIP: CHICAGO IL 60634

PHONE NUMBER: (773) 794-9938

CASE NUMBER: _____

_____          04.30.2008
Signature                           Date