IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**BOGUSLAW JANUSEWSKI**,

            Plaintiff,

v.

**GRANITE CITY COMPANY**, an Illinois corporation,

            Defendant.

No.    08 CV 2474
Judge Castillo
Magistrate Judge Ashman

## MOTION FOR LEAVE TO APPEAR AS ADDITIONAL COUNSEL

     Roy P. Amatore and Paul Luka of Amatore & Associates, P.C., pray that this Court will grant them leave to appear as additional counsel for the plaintiff, BOGUSLAW JANUSZEWSKI, and enter their appearances filed herewith.

                              Respectfully submitted,

                              /s/ Paul Luka
                              PAUL LUKA ARDC # 6288860

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
312.236.9825 (tel.)
312.236.9826 (fax)

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that (s)he caused the attached **Motion for Leave to Appear as Additional Counsel** to be served upon:

Granite City Company
c/o Jannusz Augustyn, Registered Agent
5041 W. Belmont, Ave.
Chicago, IL 60641

by causing a copy of said document(s) to be deposited in the U.S. Mail on June 30, 2008.

/s/ Paul Luka
PAUL LUKA

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
312.236.9825 (tel.)
312.236.9826 (fax)