IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BOGUSLAW JANUSZEWSKI**, on behalf of himself and all other employees similarly situated, known and unknown, | Civil Action |
| Plaintiff, | No. 08 CV 2474 |
| v. | |
| **GRANITE CITY COMPANY**, an Illinois corporation**, JANUSZ AUGUSTYN**, individually, and **JOLANTA AUGUSTYN**, individually, | Judge Ruben Castillo Magistrate Judge Martin C. Ashman |
| Defendants. | JURY DEMAND |

### NOTICE OF ELECTRONIC FILING

TO:   GRANITE CITY COMPANY          JANUSZ AUGUSTYN, individually
      c/o Janusz Augustyn, Registered Agent   5041 W. Belmont, Ave.
      5041 W. Belmont, Ave.          Chicago, IL 60641
      Chicago, IL 60641

      JOLANTA AUGUSTYN, individually
      5041 W. Belmont, Ave.
      Chicago, IL 60641

   PLEASE TAKE NOTICE that on July 7, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, in the division named in the caption above, the following documents: **Amended Complaint**.

                                        Respectfully submitted,

                                        /s/Paul Luka
                                        PAUL LUKA – ARDC # 6288860

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on July 8, 2008, he served a copy of this notice and the indicated document(s) on the person(s) listed above by causing them to be set with Judicial Attorney Services, Inc., a professional process service company.

/s/ Paul Luka
PAUL LUKA – ARDC # 6288860

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street • Suite 400
Chicago, IL 60603
312.236.9825 tel.
312.236.9826 fax