## *United States District Court for the Northern District of Illinois*

Case Number: 08CV2474     Assigned/Issued By: DAJ

Judge Name:     Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:* ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

**ISSUANCES**

☑ Summons     ☐ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____

_____

(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
         (Type of Writ)

_3_ Original and _0_ copies on _07/08/08_ as to _JOLANTA AUGUSTYN,_
                                      (Date)
GRANITE CITY COMPANY, JANUSZ AUGUSTYN_____

C:\wpwin80\docket\feeinfo.frm     03/14/05