IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BOGUSLAW JANUSZEWSKI**, on behalf of himself and all other employees similarly situated, known and unknown, | |
| Plaintiff, | No. 08 CV 2474 |
| v. | Judge Ruben Castillo |
| **GRANITE CITY COMPANY**, an Illinois corporation**, JANUSZ AUGUSTYN**, individually, and **JOLANTA AUGUSTYN**, individually, | Magistrate Judge Martin C. Ashman |
| Defendants. | |

## NOTICE OF ELECTRONIC FILING

TO:  Howard J. Stein, Esq.
     70 W. Madison, Suite 2100
     Chicago, IL 60602-4253
     312.726.4514
     hsteinlaw@aol.com

   PLEASE TAKE NOTICE that on July 14, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, in the division named in the caption above, the following documents: **Initial Joint Status Report**.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 14, 2008, he served a copy of this notice and the indicated document(s) on the person(s) listed above by causing them to be transmitted via e-mail pursuant to FRCP 5(b)(2)(E).

Roy P. Amatore, Esq.
Paul Luka, Esq.                      /s/Paul Luka
AMATORE & ASSOCIATES, P.C.           PAUL LUKA – ARDC # 6288860
120 S. State Street • Suite 400
Chicago, IL 60603
312.236.9825