# United States District Court
# Northern District of Illinois

*Magistrate Judge Ashman*

In the Matter of

Boguslaw Januszewski

v.

Granite City Company, et al.

Case No. 08 C 2474

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REASSIGNMENT TO MAGISTRATE JUDGE

The above-captioned cause is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Magistrate Judge **Martin C. Ashman** pursuant to Local Rule 73.1. Parties have consented to the reassignment as indicated on the reverse of this form.

*Judge Ruben Castillo*

Dated: July 15, 2008

FILED 2008 JUL 23 PM 4:20 CLERK, U.S. DISTRICT COURT

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Magistrate Judge **Martin C. Ashman** of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

*Chief Judge James F. Holderman*

Dated: JUL 2 3 2008

**Parties have consented to have the designated magistrate conduct:**

- ■ any and all proceedings including entry of a final judgment in accordance with Local Rule 73.1(b).
- ☐ specific proceedings pursuant to 28 USC § 636(c). Where such a reassignment is made, the case shall remain on the calendar of the district judge in accordance with General Rule 73.1(c).

**The content of the consent is specified in the following manner:**

- ■ on the attached form(s).
- ☐ in the pretrial order dated and on file with the Clerk of Court.

