UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOGUSLAW JANUSZEWSKI, ON BEHALF ON HIMSELF AND ALL OTHER EMPLOYEES SIMILIARLY SITUATED, KNOWN AND UNKNOWN<br><br>PLAINTIFF(S)<br><br>vs.<br><br>GRANITE CITY COMPANY, JANUSZ AUGUSTYN, INDIVIDUALLY AND JOLANTA AUGUSTYN<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 CV 2474<br><br><br><br>SERVICE DOCUMENTS:<br>SUMMONS; AMENDED COMPLAINT; NOTICE OF ELECTRONIC FILING; EXHIBIT A & EXHIBIT B; NOTIFICATION OF DOCKET ENTRY |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 16, 2008**, at **1:05 PM**, I served the above described documents upon **JANUSZ AUGUSTYN** as shown bel

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **JANUSZ AUGUSTYN.**

Said service was effected at **5041 BELMONT AVE, CHICAGO, IL 60641.**

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **50**  Hgt: **5'6"**  Wgt: **180**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*Steven A Stosur* (signature)

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 17th day of July, 2008

*Joan C. Harenberg* (signature)

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

CLIENT NAME:　　　　　　　　　　　ORIGINAL PROOF OF SERVICE　　　　　　TRACKING #
**Amatore & Associates, P.C.***　　　　　　　　　　　　　　　　　　　　　　　**39678**
FILE #: