UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOGUSLAW JANUSZEWSKI, ON BEHALF ON HIMSELF AND ALL OTHER EMPLOYEES SIMILIARLY SITUATED, KNOWN AND UNKNOWN<br><br>PLAINTIFF(S)<br><br>vs.<br><br>GRANITE CITY COMPANY, JANUSZ AUGUSTYN, INDIVIDUALLY AND JOLANTA AUGUSTYN<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 CV 2474<br><br><br><br>SERVICE DOCUMENTS:<br>SUMMONS; AMENDED COMPLAINT; NOTICE OF ELECTRONIC FILING; EXHIBIT A & EXHIBIT B; NOTIFICATION OF DOCKET ENTRY |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 16, 2008**, at **1:05 PM**, I served the above described documents upon **JOLANTA AUGUSTYN** as shown b

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **JOLANTA AUGUSTYN.**

Said service was effected at **5041 BELMONT AVE, CHICAGO, IL 60641.**

**DESCRIPTION:**   Gender: F   Race: **WHITE**   Age: **50**   Hgt: **5'5"**   Wgt: **150**   Hair: **BLONDE**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

**Steven A Stosur**, Lic #: **117-001119**
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 17th day of July, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:     ORIGINAL PROOF OF SERVICE     TRACKING #
**Amatore & Associates, P.C.***     **39677**
FILE #: