## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Boguslaw Januszewski
                        Plaintiff,

v.           Case No.: 1:08−cv−02474
      Honorable Martin C. Ashman

Granite City Company, et al.
                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 8, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Status hearing held on 8/8/2008; and continued to 8/22/2008 at 10:00 AM. Defendant's time to file their answer or otherwise plead to plaintiff's amended complaint is extended to 8/22/2008. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.