

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOGUSLAW JANUSZEWSKI, | ) |
| Plaintiff, | ) 08 CV 2474 |
| v. | ) Judge Castillo |
| GRANITE CITY COMPANY, ET AL, | ) Magistrate Judge Ashman |
| Defedants. | ) |

**NOTICE OF FILING**

FILED
AUG 12 2008 TC
Aug 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Paul Luka
Amatore & Associates, P.C.
120 S. State Street
Suite 400
Chicago, IL 60603

PLEASE TAKE NOTICE that on August 12, 2008 the undersigned filed his Appearance on behalf of defendants in the captioned matter with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is attached hereto and hereby served upon you.

Howard J. Stein

Howard J. Stein
Suite 2100
70 W. Madison St.
Chicago, IL 60602
312.726.4514
Attorney ID: 2116208

## CERTIFICATE OF SERVICE

Howard J. Stein, attorney for defendants, hereby certifies that he served a copy of the foregoing Appearance on Paul Luka, Amatore & Associates, 120 S. State Street, Suite 400, Chicago, IL 60603, attorney for plaintiff, by depositing a copy of the same in the US Mail at 70 W. Madison St., Chicago, IL 60602, postage prepaid, this 12th day of August 2008.

_____
Howard J. Stein

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>   Boguslaw Januszewski,<br><br>        Plaintiff,<br><br>v. Granite City Company, et al,<br>       Defendants. | Case Number: 08 CV 2474<br><br>Judge Castillo<br>Magistrate Judge Ashman |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

   Granite City Company
   Janusz Augustyn,
   Jolanta Augustyn

FILED
Aug 12 2008
AUG 1 2 2008 TC

MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | Howard J. Stein |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Howard Stein |
| FIRM | Howard J. Stein |
| STREET ADDRESS | 70 W. Madison St. Suite 2100 |
| CITY/STATE/ZIP | Chicago, Illinois 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2116208 | TELEPHONE NUMBER 312-726-4514 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL | APPOINTED COUNSEL |